UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-24353-REID

GUILLERMO ARANA,
*and other similarly situated individuals*,

      Plaintiffs,
v.

R&S CONCRETE SOUTH, INC., *et al.*,

      Defendants.
_____/

## **ORDER APPROVING SETTLEMENT AGREEMENT**

This cause is before the Court following a Fairness Hearing conducted before the Undersigned. [ECF No. 35]. The parties have decided to settle their dispute. The Court has conducted a Fairness Hearing and has considered the terms of the parties' agreement to settle Plaintiff's claims (the "Agreement").

This case involves claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutinize[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute of the FLSA provisions, and both parties were represented by counsel. The Court has reviewed the terms of the Agreement and finds

1

that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is:

**ORDERED AND ADJUDGED** that the parties' Agreement (including attorney's fees and costs) is hereby **APPROVED**, the case be **DISMISSED WITH PREJUDICE**, and **THE CASE BE CLOSED**. All pending motions are **DENIED AS MOOT**. The Court shall retain jurisdiction for **NINETY (90) DAYS,** to ensure compliance with the Agreement.

**DONE AND ORDERED** this 1st day of April 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE